FILED
At Albuquerque NM

JUN 3 0 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 16-2915 MV |
| | ) | |
| vs. | ) | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C): |
| | ) | Distribution of MDMA. |
| **DAVON JOHNSON, a.k.a. "V Low,"** | ) | |
| | ) | |
| Defendant. | ) | |

## I N D I C T M E N T

The Grand Jury charges:

On or about June 9, 2016, in Bernalillo County, in the District of New Mexico, the

defendant, **DAVON JOHNSON**, unlawfully, knowingly and intentionally distributed a controlled

substance, 3,4-Methylenedioxymethamphetamine (MDMA) Hydrochloride.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
06/18/16   5:30AM